# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |  |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., *and* SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § | CASE NO. 2:25-CV-01181-JRG-RSP |
| OURA HEALTH OY *and* OURARING INC., | § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court are Defendants' Motion to Dismiss Plaintiffs' Claims of Patent Infringement of U.S. Patent Nos. 7,662,065, 9,008,973, and 12,324,655 on Grounds of Patent Ineligibility (Partial), **Dkt. No. 29**, and Motion to Dismiss Claims of Direct Infringement of U.S. Patent Nos. 7,662,065, 9,008,983, and 12,324,655 (Partial), **Dkt. No. 30**. Plaintiffs have since filed an amended complaint, Dkt. No. 47, and notices informing the Court that the Motions are moot, Dkt. Nos. 48, 49. Accordingly, the Court finds that the Motions (Dkt. Nos. 29, 30) should be and hereby are **DENIED AS MOOT**.

SIGNED this 17th day of March, 2026.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE